**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, ROSENDO PINEDA-MAGADAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSENDO PINEDA-MAGADAN,<br><br>Defendant. | CASE NO. **1:10-CR-00416 LJO**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE:   August 6, 2012<br>TIME:    8:30 am<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his respective attorney, to continue the sentencing hearing from Monday, August 6, 2012, at 8:30 a.m. to **AUGUST 27, 2012**, at 8:30 a.m.

This continuance is necessary so that both parties have sufficient time to allow for the preparation of safety valve requirements which are relevant to the sentencing and for both parties to have additional time to prepare for the hearing.

Assistant United States Attorney Kathleen Servatius has no objection to this requested continuance. The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties respective also agree that any delay resulting from this continuance shall be excluded in the interest of justice to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161 (h)(8)(B)(1).

DATED: July 31, 2012

                                  Respectfully submitted,

                                  /S/ Richard A. Beshwate, Jr.
                                  RICHARD A. BESHWATE, JR.
                                  Attorney for Defendant,
                                  ROSENDO PINEDA-MAGADAN

DATED: July 31, 2012

                                  Respectfully submitted,

                                  /S/ Kathleen Servatius
                                  KATHLEEN SERVATIUS
                                  Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   July 31, 2012**                        **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE